UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE )<br>COMPLAINT AND AFFIDAVIT FOR )<br>AN ARREST WARRANT )<br>)<br>) | | CASE NO: 2:24-mj-29<br><br>**Filed Under Seal** |

### GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT

COMES NOW, the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court for an Order to seal the Criminal Complaint, Warrant, and supporting Affidavit in the above-referenced matter until such time as the Defendant is in custody or released pending trial, excepting only such disclosures as necessary to effect service of process.

The Government asserts the requested Order is necessary to ensure the safety of law enforcement officer effectuating the arrests and to prevent the Defendant from possible flight to avoid apprehension.

WHEREFORE, the Government respectfully moves the Court to grant this motion.

Respectfully submitted this 15th day of August, 2024.

JILL E. STEINBERG
UNITED STATES ATTORNEY

By:   */s/ Sherri A. Stephan*
Sherri A Stephan
Assistant United States Attorney
PA Bar No. 78399
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: sherri.stephan2@usdoj.gov

1