UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 2:24-mj-29 | **DATE:** August 20, 2024 |
| **UNITED STATES OF AMERICA,** | **TIME:** 9:08 a.m. - 10:00 a.m. |
| v. | **LOCATION:** BWK-CR2 |
| **JOSHUA ANDREW KITCHEN** | |

| | |
|---|---|
| **Judge:** Benjamin W. Cheesbro, US Magistrate Judge | **Courtroom Deputy:** Gail Holt |
| **Court Reporter:** FTR BWK-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Madison Goodroe | **Security:** Jay C. |
| **Attorney(s) for Government:** Sherri Stephan | |
| **Attorney(s) for Defendant:** Andrew Johnnson | |

**PROCEEDINGS:** INITIAL APPEARANCE ON A COMPLAINT

- [✓] Defendant advised of rights
- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel

- [ ] Preliminary hearing set for:
- [✓] Defendant waives preliminary hearing
- [✓] Government moves for detention:
  - [ ] Defendant requests 5 days to prepare for detention hearing
  - [ ] Government requests 3 days to prepare for detention hearing
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [✓] Detention hearing held.
- [ ] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant detained pending trial
- [✓] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

Government moves to unseal the case with exception of search warrant and filing of a redacted complaint. Court grants motion. Defendant waives formal reading of the Complaint. Court summarizes allegations. Government summarizes penalty certification. Government states there is voluminous discovery in case and requests that the date to produce the discovery be set for shortly after the indictment and arraignment. Defense counsel reserves right to object if no indictment is returned. Court will reconvene if an indictment is not returned. Defense counsel requests 90-day discovery schedule.

2:24-mj-29
Initial Appearance on Complaint
8/20/2024

Detention Hearing begins. 9:37.
Court 9:37-9:39.
Defense Proffer 9:41-9:50.
Government argument 9:51-10:00.
Defendant Ordered detained. Defendant remanded to custody of USMS.
Written Order to follow.